**DISMISS and Opinion Filed April 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00594-CV**

**AMINAH N. MOMIN AND ALL OTHER OCCUPANTS OF**
**714 LONE RIDGE WAY, MURPHY, TEXAS 75094, Appellants**
**V.**
**U.S. BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00771-2012**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Lang

By letter dated January 29, 2013, the Court informed appellants that their brief was overdue. We instructed appellants to file their brief along with an extension motion within ten days and cautioned them that failure to do so would result in dismissal of the appeal.

As of today's date, appellants have not filed their brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

/Douglas S. Lang/
DOUGLAS S. LANG
120594F.P05                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMINAH N. MOMIN AND ALL OTHER OCCUPANTS OF 714 LONE RIDGE WAY, MURPHY, TEXAS 75094, Appellants

No. 05-12-00594-CV     V.

U.S. BANK NATIONAL ASSOCIATION, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00771-2012.
Opinion delivered by Justice Lang. Justices Francis and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, U.S. BANK NATIONAL ASSOCIATION, recover its costs of this appeal from appellants, AMINAH N. MOMIN AND ALL OTHER OCCUPANTS OF 714 LONE RIDGE WAY, MURPHY, TEXAS 75094.

Judgment entered this 22nd day of April, 2013.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–2–